UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-00416-MR

| | |
|---|---|
| **ERIC ANTRON INGRAM,** ) | |
| ) | |
| Petitioner, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| **BRET BULLIS, Warden,** ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Petition for Writ of Habeas Corpus, filed on July 10, 2023, pursuant to 28 U.S.C. § 2254 by Eric Antron Ingram ("the Petitioner"). [Doc. 1].

The Petitioner is a prisoner of the State of North Carolina, presently incarcerated at Craggy Correctional Center in Asheville, North Carolina. The Petitioner seeks to challenge his underlying judgment of conviction from Rowan County, North Carolina. [Doc. 1].

Rowan County is within the territorial jurisdiction of the United States District Court for the Middle District of North Carolina. See 28 U.S.C. § 113(b). Thus, pursuant to the provisions of 28 U.S.C. § 2241(d), and in accordance with a joint order of the United States District Courts for the Eastern, Middle and Western Districts of North Carolina (Joint Order, In re:

Applications for Writs of Habeas Corpus (Oct. 26, 1966)), the Court shall transfer this action to the United States District Court for the Middle District of North Carolina, where venue is proper.

This Court has not conducted an initial review of the petition and makes no observation as to its merits or timeliness.

**IT IS, THEREFORE, ORDERED that:**

1. This action is transferred to the Middle District of North Carolina for further proceedings, including ruling on any pending motions.
2. The Clerk is instructed to terminate this action.

**IT IS SO ORDERED.**

Signed: November 6, 2023

Martin Reidinger
Chief United States District Judge